*181
 
 Ruffin, C, J.
 

 It is not necessary to consider the answers, as, upon the authority of
 
 Womble v. Battle, 3
 
 Ire. Eq. 182, the bill is insufficient upon its face, as far as it seeks to set up an equitable lien for the purchase money. This bill was filed before that decision; but in that aspect it is fully answered by i't The Counsel, however, contended; that there were circumstances to establish a pre-contract or collusion between the defendants, to the effect, that Mason should make the purchase for the purpose of conveying to McCormick at a less price, so that thereby McCormick might get the premises at an under value and the plaintiff defeated of a large part of the price by reason of Masons insolvency. But, without undertaking to determine the effect of such a state of facts, if existing, the Court is obliged to say, that the supposed facts are not only not established by proof, but they are not sufficiently alleged in the bill <o authorise a declaration of them, nor a decree on them»
 

 Pee Cukiam. Bill dismissed with costs.